IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CSAA AFFINITY INSURANCE COMPANY,**

　　Plaintiff

　　v.

**THE SCOTT FETZER COMPANY,**

　　Defendant.

CIVIL NO. JKB-21-1543

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

1. Defendant's Motion for Sanctions for Spoliation of Evidence and for Summary Judgment (ECF No. 32) is GRANTED IN PART and DENIED AS MOOT IN PART. It is granted to the extent it seeks summary judgment and denied as moot to the extent it seeks sanctions for spoliation.

2. The Clerk is DIRECTED to close the case.

DATED this 30 day of March, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge